IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TRAVIS LASHAUN WATSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:17CV1067 |
| | ) | |
| MARK CARVER, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on June 13, 2025, was served on the parties in this action. (ECF Nos. 39, 40.) On June 30, 2025, Plaintiff filed objections to the Magistrate Judge's Recommendation, (ECF No. 42).

The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Rule 60 (b)(4) Motions, (1:17cv934, ECF Nos. 280, 282; 1:17cv1067, ECF No. 34; 1:19cv249, ECF No. 76), be **DENIED**.

**IT IS FURTHER ORDERED** that the Court order Mr. Watson to show cause why the Court should not enjoin him from making further filings in the above-captioned cases.

This, the 24th day of July 2025.

/s/ Loretta C. Biggs
Senior United States District Judge